In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, etc., Relative to Acquiring Title to Certain Real Property Located Generally along Houston Street between Sixth Avenue (Extension) and Elizabeth Street, in the Borough of Manhattan, City of New York, for the Con-

struction, Maintenance and Operation of a Municipal Rapid Transit Railroad.— Final decree so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.